FILED

11/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0630

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0630



EMILY SVOBODA,

Petitioner,

v.                                                                                    O R D E R

LAKE COUNTY JAIL,
SHERIFF DON BELL,[1]

Respondent.

Petitioner Emily Svoboda has filed a Petition for Writ of Habeas Corpus, indicating that she is in jail with excessive bail and that her incarceration is illegal. Svoboda does not specify the bail amount in her Petition. Svoboda states that she missed a court date due to sepsis and blood poisoning and that she relayed her reasons to her attorney. Svoboda asserts that if she had better representation then she would not be in jail. Svoboda contends that the County Attorney in Missoula provided that her case "would be dropped [and] then lost [her] video footage."

This Court secured a copy of the register of actions from the Lake County District Court. The State of Montana brought two felony charges against Svoboda in late January 2023. The District Court arraigned Svoboda after re-setting the initial arraignment. Svoboda's counsel moved for substitution of judge, which the court granted on March 20, 2023, and the court issued its second jury trial setting order. The court issued an arrest warrant in June 2023, and the court set a bond of $25,000 after a July 26 hearing. The District Court issued another warrant of arrest in mid-September, and thereafter, it revoked the bail bond on September 18, 2023. The court has since issued its fourth jury trial setting order.

---

[1] We amend the caption to include the Sheriff's name for the Lake County Detention Facility where Petitioner is currently detained. Section 46-22-201(1)(c), MCA.

Montana's statute for habeas corpus relief provides that a court may inquire into the cause of restraint or incarceration to determine its illegality. Section 46-22-101(1), MCA. Svoboda has not demonstrated want of bail, pursuant to § 46-22-103, MCA, because the court imposed a bail amount, which it revoked following her second arrest. Her pending criminal case in District Court is the cause of her incarceration. *See Gates v. Missoula County Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988) (the habeas corpus "statute allows a prisoner to challenge the legal sufficiency of the *cause* for incarceration."). (Emphasis in original). Her other claims, alleging ineffective assistance of counsel, are not remedied by a writ of habeas corpus. Svoboda has not demonstrated that she is illegally incarcerated. Section 46-22-101(1), MCA.

Svoboda has counsel to represent her in her underlying proceedings. Svoboda should refrain from filing pleadings on her own behalf with this Court while she is represented by counsel. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Svoboda's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Molly Owen, District Court Judge; Lyn Fricker, Clerk of District Court, under Cause No. DC 23-26; Brendan McQuillan, Lake County Deputy Attorney; Sterling Laudon, Defense Counsel; Sheriff Bell, Lake County Detention Facility; counsel of record, and Emily Svoboda personally.

DATED this 7 day of November, 2023.

2

_____

_____

_____
Justices

3